# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Pack Liquidating, LLC, *et al.*, | Case No. 22-10797 (CTG) |
| Debtors. | (Jointly Administered) |
| Official Committee of Unsecured Creditors of Pack Liquidating, LLC, *et al.*, derivatively, on behalf of the Debtors' estates, | Adv. Proc. No. 24-50048 (CTG) |
| | **Related Docket No. 10** |
| Plaintiff, | |
| v. | |
| Nimble Gravity LLC, | |
| Defendant. | |

## ORDER DENYING MOTION TO DISMISS

For the reasons set forth in the Court's Letter Opinion [D.I. 13], defendant's motion to dismiss the adversary proceeding [D.I. 10] is hereby DENIED.

Dated: October 30, 2024

_____
CRAIG T. GOLDBLATT
UNITED STATES BANKRUPTCY JUDGE